(114 So. 917)

George KILPATRICK v. STATE. (4 Div. 345.) Supreme Court of Alabama. Nov. 10, 1927. Rehearing Denied Dec. 22, 1927. Certiorari to Court of Appeals. A. Whaley, of Andalusia, for petitioner. Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of George Kilpatrick for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in Kilpatrick v. State, 114 So. 923. Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and BOULDIN, JJ., concur.

2

(116 So. 922)

Lander LEE v. Ada LEE. (8 Div. 991.) Supreme Court of Alabama. March 22, 1928. Appeal from Law & Equity Court of Franklin County; B. H. Sargent, Judge. J. Foy Guin, of Russellville, for appellant. Stell & Quillin, of Russellville, for appellee.

SAYRE. J. Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

3

(116 So. 922)

Mattie Mae LITTLE v. Ermie MERIWETHER et al. (4 Div. 347.) Supreme Court of Alabama. March 27, 1928. Appeal from Circuit Court, Bullock County; J. S. Williams, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

4

(114 So. 917)

LOOKOUT MOUNTAIN DEVELOPMENT CO. v. J. D. RAY. (7 Div. 780.) Supreme Court of Alabama. Nov. 3, 1927. Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed by appellant.

5

(114 So. 918)

LUMBERMEN'S RECIPROCAL ASS'N OF HOUSTON, TEX., v. Lunie Lee Esther STINSON, etc. (3 Div. 815.) Supreme Court of Alabama. Oct. 6, 1927. Certiorari to Circuit Court, Butler County. Stokely, Scrivner, Dominick & Smith and Andrew J. Thomas, all of Birmingham, for appellant. Powell & Hamilton, of Greenville, for appellee.

PER CURIAM. Petition dismissed by petitioner.

6

(114 So. 918)

LUMBERMEN'S RECIPROCAL ASS'N OF HOUSTON, TEX., v. Genar WRIGHT, etc. (3 Div. 814.) Supreme Court of Alabama. Oct. 6, 1927. Certiorari to Circuit Court, Butler County. Stokely, Scrivner, Dominick & Smith and Andrew J. Thomas, all of Birmingham, for

appellant. Powell & Hamilton, of Greenville, for appellee.

PER CURIAM. Petition dismissed by petitioner.

1

(116 So. 922)

Mary McFARLAND et al. v. W. H. MITCHELL, Ex'r. (8 Div. 999.) Supreme Court of Alabama. March 22, 1928. Appeal from Circuit Court, Lauderdale County; Charles P. Almon, Judge. Harsh & Harsh, of Birmingham, and J. Fred Johnson, Jr., of Florence, for appellants. Mitchell & Hughston, Simpson & Simpson, and Orlan B. Hill, Jr., all of Florence, for appellee.

SAYRE, J. Appeal dismissed by agreement.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

2

(114 So. 918)

Charlie A. McGILL, Pro Ami, v. BIRMINGHAM ELECTRIC CO. (6 Div. 990.) Supreme Court of Alabama. Oct. 6, 1927. Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge. L. R. Sewell and C. A. Calhoun, both of Birmingham, for appellant. Mullins & Jenkins, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by appellant.

3

(114 So. 918)

McLEOD LUMBER CO. v. J. E. PATERSON LUMBER CO. (1 Div. 481.) Supreme Court of Alabama. Dec. 22, 1927. Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

PER CURIAM. Appeal dismissed by agreement.

4

(114 So. 918)

MATTHEWS–RANDOLPH DEVELOPMENT CO. v. F. P. CUMMINGS. (6 Div. 912.) Supreme Court of Alabama. Oct. 6, 1927. Appeal from Circuit Court, Jefferson County; William M. Walker, Judge. T. A. Murphree and Theo J. Lamar, both of Birmingham, for appellant. Martin, Thompson, Foster & Turner, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by agreement.